# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.* <br>    *Plaintiffs,* <br><br>   vs. <br><br> TMC CONTRACTORS, INC. *et al.* <br><br>    *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No: 1:24-cv-00083 <br> ) <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

  TMC CONTRACTORS, INC.
  4521 E. 13th Pl.
  Gary, IN 46483

  KEVIN THOMAS
  4521 E. 13th Pl.
  Gary, IN 46483

  A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, whose name and address are:

      Kaelyn Le-Hue
      Johnson & Krol, LLC
      450 E. 96th Street, Suite 500
      Indianapolis, IN 46240

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

             *CLERK OF COURT*

Date: _____   _____
                      *Signature of Clerk or Deputy Clerk*

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                  *Server's Signature*

                                  _____
                                  *Printed name and title*

                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc.